FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   2:20-CR-0040-WFN-1 |
| Plaintiff, | |
| -vs- | ORDER RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND |
| DANIEL OSORNO, | |
| Defendant. | |

Pending before the Court is the parties' Stipulated Motion for Protective Order re: Computer Forensic Review Procedures for Child Pornography Contraband. ECF No. 5. The parties have stipulated to review procedures for child pornography contraband. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1.   The parties' Stipulated Motion for Protective Order re: Computer Forensic Review Procedures for Child Pornography Contraband, filed April 2, 2020, **ECF No. 5**, is **GRANTED**.

2.   The defense team shall not remove any contraband images from the government reviewing facility. A defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates. This Order shall apply to any attorneys who subsequently become counsel of record, without the need to renew or alter the Order.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this __2nd__ day of April, 2020.

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

04-02-20-2

ORDER